# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 2, 2002

**Before**

Hon. HARLINGTON WOOD, JR., *Circuit Judge*

Hon. RICHARD D. CUDAHY, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

No. 01-1952

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES DERIVATIVE SHAREHOLDER LITIGATION | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| | No. 99-C-7246 |
| | James B. Moran, *Judge*. |

**O R D E R**

The opinion of this court issued on June 6, 2002, is hereby withdrawn.  A revised opinion will be issued at a later date.